CHARLES E. BALL et al., Surviving Partners of the Firm of BALL & WHICHER, Appellants, v. HENRY A. ENSIGN, Surviving Partner of the Firm of E. D. SHEPARD & COMPANY, Respondent.

Reported below, 150 App. Div. 929.
(Argued September 30, 1912; decided October 8, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 11, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover moneys alleged to have been had and received.

The motion was made upon the ground that the exceptions were frivolous and the appeal taken for delay only.

*Abram J. Rose* for motion.

*Herman Aaron* opposed.

Motion denied, with ten dollars costs.